SOUTH BOUND R. R. CO. v. AMERICAN TELEPHONE AND TELEGRAPH CO.

INJUNCTION—APPEAL.—An interlocutory order of injunction is not appealable.

Motion by plaintiffs, respondents, in this Court, in South Bound Railroad Co. and Florida Central and Peninsular Railroad Co. against American Telephone and Telegraph Co. of South Carolina, to dismiss appeal by defendant from order restraining defendants from prosecuting condemnation proceedings in Circuit Court, under statute, of right of way for erection of poles and wires along plaintiffs' right of way. The appellants had commenced condemnation action under the act of 1899 in the Circuit Court for Orangeburg County for such condemnation, and respondents had brought an action in equity to perpetually enjoin them from prosecuting the suit, and taking possession of respondents' right of way. A temporary restraining order was granted by Circuit Court, Judge Townsend, September 13, 1899. And from that order the defendants appeal.

*Messrs. Smythe, Lee & Frost,* for the motion.

*Messrs. P. H. Nelson* and *Jas. F. Izlar,* contra.

May 4, 1899.

Per Curiam.    This is a motion to dismiss an appeal from an interlocutory order of injction pending the hearing of the case upon its merits, upon the ground that such an order is not appealable.    After careful consideration this Court has reached the conclusion that the order of interlocutory injunction made in this case is not appealable.

It is, therefore, ordered, that the motion be granted and the appeal dismissed.